# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **DANIEL GRAHAM,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALLSTATE INSURANCE COMPANY, YASIR KAHN, WESTRIDGE LLC, DIRECT CONSENT LLC, and JOHN DOE OWNER OF DIRECT CONSENT, LLC,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 1:25-CV-01070** |

## DEFENDANT ALLSTATE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Allstate Insurance Company identifies the following:

1. Allstate Insurance Company
   Defendant

Citizenship: Allstate Insurance Company is a citizen of Illinois. Allstate Insurance Company is an Illinois corporation. Allstate Insurance Company has its principal place of business now and at the time this action was commenced in Northbrook, Cook County, in the State of Illinois.

Corporate Disclosure: Allstate Insurance Company is an Illinois corporation and a wholly-owned subsidiary of Allstate Insurance Holdings, LLC. Allstate Insurance Holdings, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

2. Counsel for Defendant Allstate Insurance Company
Susan E. Egeland
susan.egeland.@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

3. Daniel Graham
Plaintiff

4. Yasir Khan
Defendant

5. Westridge LLC
Defendant

6. Direct Consent LLC
Defendant

7. "John Doe Owner of Direct Consent LLC"
Defendant

Respectfully Submitted,

*/s/ Susan E. Egeland*

SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

**ATTORNEYS FOR DEFENDANT ALLSTATE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record in accordance with the Federal Rules of Civil Procedure on October 22, 2025.

*/s/ Susan E. Egeland*
SUSAN E. EGELAND