UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL GRAHAM | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-1070 |
| | § | |
| ALLSTATE INSURANCE COMPANY, YASIR KHAN, WESTRIDGE LLC, DIRECT CONSENT LLC, and JOHN DOE OWNER OF DIRECT CONSENT LLC | §<br>§<br>§<br>§ | |

**DIRECT CONSENT LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Direct Consent LLC ("Direct Consent") provides the following information: Direct Consent has no parent corporation, and there is no publicly held corporation that owns 10% or more of Direct Consent's stock.

Dated: November 4, 2025

Respectfully submitted,

SCHENCK, PRICE, SMITH & KING, LLP

**/s/ Thomas J. Cotton**
Thomas J. Cotton (admitted *pro hac vice*)
Sierra Santana (admitted *pro hac vice*)
tjc@spsk.com
ssantana@spsk.com
220 Park Avenue
Florham Park, New Jersey 07932
Telephone: 973.539.1000

--and--

SCHOUEST, BAMDAS, SOSHEA,
BENMAIER & EASTHAM PLLC

Thomas G. Jacks
tjacks@sbsb-eastham.com
State Bar No. 24067681
5956 Sherry Lane, Suite 1450

Dallas, Texas 75225
Telephone: 945.468.2389

**CERTIFICATE OF SERVICE**

On the 4th day of November 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties pursuant to the Federal Rules of Civil Procedure.

*/s/ Thomas J. Cotton*
Thomas J. Cotton