FILED
November 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL GRAHAM<br>*Plaintiff,*<br><br>VS<br><br>ALLSTATE INSURANCE COMPANY, YASIR KHAN, WESTRIDGE LLC, DIRECT CONSENT LLC, and JOHN DOE OWNER OF DIRECT CONSENT LLC,<br>*Defendants,* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:25-cv-01070 |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Daniel Graham ("Plaintiff"), appearing pro se, files this Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), and respectfully shows the Court as follows:

1. All defendants have filed Answers or otherwise appeared, therefore dismissal may be granted only by court order pursuant to Rule 41(a)(2).

2. Plaintiff has resolved his claims with Defendants Yasir Khan, Westridge LLC, Direct Consent LLC, and John Doe, and seeks to dismiss them with prejudice.

3. Plaintiff wishes to dismiss his claims against Defendant Allstate Insurance Company without prejudice because Plaintiff has additional, separate claims arising from telemarketing calls beyond those encompassed in this action.

4. No defendant will suffer legal prejudice from dismissal under these terms. Dismissal with prejudice benefits the settling defendants, and dismissal without prejudice as to Allstate is proper because no counterclaims have been filed.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order:

A. Dismissing with prejudice all claims against:

- Yasir Khan
- Westridge LLC
- Direct Consent LLC
- John Doe (Owner of Direct Consent LLC)

B. Dismissing without prejudice all claims against:

- Allstate Insurance Company

C. Ordering that each party bear its own fees and costs; and

D. Closing this case.

Respectfully submitted,
/s/ Daniel Graham
Pro Se Plaintiff
3600 S. Lamar Blvd, Unit 114
Austin, TX 78704
214-236-7996

## CERTIFICATE OF SERVICE

I certify that on November 27, 2025, I served the foregoing Motion for Voluntary Dismissal on all appearing defendants by email, as I am not an authorized CM/ECF filer and therefore cannot serve documents through the Court's electronic system.

Respectfully Submitted,

/s/ Daniel Graham
Pro Se Plaintiff
3600 S Lamar Blvd Unit 114
Austin TX 78704
214-236-7996