IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL GRAHAM | § | |
| *Plaintiff,* | § | |
| | § | |
| VS | § | |
| | § | CASE NO. 1:25-cv-01070 |
| ALLSTATE INSURANCE COMPANY, | § | |
| YASIR KHAN, WESTRIDGE LLC, | § | |
| DIRECT CONSENT LLC, and | § | |
| JOHN DOE OWNER OF DIRECT CONSENT LLC, | § | |
| *Defendants,* | § | |

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

On this day, the Court considered Plaintiff's Motion for Voluntary Dismissal pursuant to Rule 41(a)(2). The Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED THAT:

1. All claims against Defendants Yasir Khan, Westridge LLC, Direct Consent LLC, and John Doe (Owner of Direct Consent LLC) are hereby DISMISSED WITH PREJUDICE.
2. All claims against Defendant Allstate Insurance Company are hereby DISMISSED WITHOUT PREJUDICE.
3. Each party shall bear its own costs and attorneys' fees.
4. The Clerk of Court is directed to close this case.

SIGNED on this ___ day of _______________, 2025.

_________________________________

UNITED STATES DISTRICT JUDGE